02D09-2002-CT-000095
Filed: 2/11/2020 8:34 AM
Clerk
Allen County, Indiana

Allen Superior Court 9

BB

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- |
| | ) §: | |
| COUNTY OF ALLEN | ) | CAUSE NO. _____ |

ROBERT A. KOENIG,  )
                   )
       Plaintiff,  )
                   )
v.                 )
                   )
UNITED PARCEL SERVICE, INC.,  )
                   )
       Defendant. )

## **COMPLAINT**

Plaintiff, by counsel, alleges against Defendant that:

1. The plaintiff is Robert A. Koenig ("Plaintiff"), a qualified resident of Fort Wayne, Allen County, Indiana.

2. Plaintiff contends that he was discriminated against and retaliated against on the basis of his disability/perceived disability, in violation of her federally protected rights under the Americans With Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.* ("ADA").

3. The Defendant is United Parcel Service, a company doing business at 2777 Independence Drive, Fort Wayne, Allen County, Indiana, and with a registered agent address of Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204. Defendant is an "employer" for the purposes of the ADA.

4. At all times material to this Charge, Plaintiff contends that he performed within the reasonable expectations of his employer, as a pre-loader and driver.

5. On or about August 13, 2019, Plaintiff filed Charge of Discrimination No. 470-2019-04052 with the Equal Employment Opportunity Commission ("EEOC"), a copy of which is attached hereto and made a part hereof as Exhibit A. The EEOC issued a Dismissal

and Notice of Rights/Notice of Suit Rights on November 12, 2019, which was received by representative counsel on November 22, 2019, a copy of which is attached as Exhibit B, and this Complaint has been filed within 90 days after receipt.

6. Plaintiff has been employed by Defendant since on or about March 11, 2019 until his termination from employment on or about June 3, 2019.

7. Plaintiff alleges that Defendant UPS discriminated against him because of his past drug use and because of his present participation in a drug rehabilitation program, all in violation of the ADA.

8. At all times, Plaintiff was a qualified individual with a disability and that he could, either with or without reasonable accommodations perform the essential functions of his job.

9. Plaintiff enrolled in a drug rehabilitation program, and he admitted to Defendant that he had in the past engaged in substance abuse behavior.

10. Defendant unlawfully perceived and regarded Plaintiff as being disabled, held against him his participation in the drug rehabilitation program, and looked upon Plaintiff as disabled because of his record of impairment.

11. Defendant retaliated against the Plaintiff because of his past drug usage and because of his current participation in a drug rehab program by terminating him on or about June 3, 2019.

12. The Plaintiff contends that the Defendant refused to reasonably accommodate or to appropriately participate in the interactive process.

13. Plaintiff contends that Defendant's actions are discriminatory and retaliatory and based upon the Plaintiff's disability/perceived disability, in violation of his federally protected

rights under the ADA. As a result of the discriminatory and retaliatory behaviors, Plaintiff has suffered embarrassment, emotional distress, and other damages and injuries.

14. Furthermore, Defendant's discriminatory and retaliatory behaviors were intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights, warranting an imposition of punitive damages.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant for lost wages, front pay, compensatory damages, punitive damages, reasonable attorneys' fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38(b) of the Indiana Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-00712
E-mail:       cmyers@myers-law.com
Attorney for Plaintiff

STATE OF INDIANA | 02D09-2002-CT-000095 | IN THE ALLEN SUPERIOR COURT | Filed: 2/11/2020 8:34 AM
Clerk
USDC IN/ND case 1:20-cv-00178-WCL-SLC   document 3   filed 02/11/20   page 4 of 4
Allen Superior Court | Civil Division – Courthouse | Allen County, Indiana
COUNTY OF ALLEN | 715 South Calhoun Street, Room 201 | BB
Fort Wayne, IN  46802
Telephone: (260) 449-3491

ROBERT A. KOENIG
    Plaintiff

Case Number: _____

VS

# SUMMONS

UNITED PARCEL SERVICE, INC.
    Defendant

TO:  Corporation Service Company
Registered Agent for Defendant
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

You have been sued by the person(s) named above.  The claim made against you is attached to this summons; please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

  XX    Certified Mail    You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____    Personal Service    You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**.  The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.  If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.  **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: 2/11/2020

_Christopher M. Nancarrow_   BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

(Seal)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State, Zip Code

(260) 424-0600    10043-02
Telephone Number    Attorney Number

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____ personal service
_____ leaving a copy at dwelling or place of employment

**OTHER** manner of service:
  X    attorney to serve
_____ private process server, _____
_____ other (describe in particular and note Trial Rule)
_____

**CLERK** shall serve this Summons as follows:
_____ regular mail
_____ certified mail
_____ publication