**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| ROBERT A KOENIG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO: 1:20-CV-178-WCL-SLC |
| UNITED PARCEL SERVICE, INC., | ) ) |
| Defendant. | ) |

## **ORDER**

On August 20, 2020, the parties in this matter reached an agreement to settle all claims associated with this case. The parties have now jointly filed a stipulation of dismissal of this action with prejudice.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE,** without costs, disbursements, fees, or any other relief to any party.

SO ORDERED this 28th day of September, 2020.

s/William C. Lee
Judge William C. Lee
United States District Court